UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| **SANCTIONED/BARRED* ALBERTUS CONNER JR #50640 | CASE NO. 5:24-CV-00732 SEC P |
| VERSUS | JUDGE TERRY A. DOUGHTY |
| WARDEN CADDO CORRECTIONAL CENTER | MAGISTRATE JUDGE HORNSBY |

## JUDGMENT

For the reasons stated in the Report and Recommendation [Doc. No. 8] of the Magistrate Judge previously filed herein, and after an independent review of the record, including written objections [Doc. No. 9] filed by Petitioner, and determining that the findings are correct under the applicable law,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Petitioner's application for writ of habeas corpus is **DENIED AND DISMISSED WITHOUT PREJUDICE**, sua sponte, for lack of subject-matter jurisdiction.

THUS, DONE AND SIGNED, in chambers, in Monroe, Louisiana, on this 13th day of August 2024.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE